UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTOPHER G. BROOKS,

    Plaintiff,

v.         Case No. 2:04-cv-8
    HON. GORDON J. QUIST

TIMOTHY LUOMA, et al.,

    Defendants.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. The Court has received objections from the plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.

Plaintiff alleged that his equal protection rights were violated when his bond was revoked and he was classified to administrative segregation for disobeying a direct order to continue moving during a mass prisoner movement. Plaintiff asserts that his bond should not have been revoked and that other prisoners similarly situated were treated differently. Plaintiff has not provided the court with any evidence that he was treated differently. Plaintiff argues that the prison failed to follow prison policy. However, plaintiff fails to explain how the prison policy could support his equal protection claims. Moreover, the record supports the conclusion that plaintiff violated a direct order and received appropriate punishment.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

The court must next decide whether an appeal of this action would be in good faith within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997). For the same reasons that the court grants defendants' motion for summary judgment, the court discerns no good-faith basis for an appeal. Should the plaintiff appeal this decision, the court will assess the $255 appellate filing fee pursuant to § 1915(b)(1), *see McGore*, 114 F.3d at 610-11, unless plaintiff is barred from proceeding *in forma pauperis*, e.g., by the "three-strikes" rule of § 1915(g). If he is barred, he will be required to pay the $255 appellate filing fee in one lump sum.

Dated:  September 6, 2005                               /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                                      UNITED STATES DISTRICT JUDGE